IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | |
| Guadalupe Sanchez and | CASE NO.: 10-10235-RLJ-13 |
| Debtor(s) | HEARING DATE: March 26, 2014<br>HEARING TIME: 11:00 AM |

**DEBTOR CERTIFICATION AND
MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
PURSUANT TO 11 U.S.C. § 1328(a)**

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

   B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Guadalupe Sanchez
Debtor

/s/
Joint Debtor

/s/Monte J. White
Attorney for Debtors

## NOTICE OF HEARING

A HEARING WILL BE HELD ON March 26, 2014 AT 11:00 AM AT THE FOLLOWING ADDRESS: 341 Pine St., Room 2201, Abilene, TX 79601.
IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON March 26, 2014 AT 8:30 AM AT THE SAME ADDRESS.
ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: February 19, 2014

/s/Monte J. White
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 10-10235-rlj13<br>Northern District of Texas<br>Abilene<br>Tue Feb 18 14:20:47 CST 2014 | Texas Guaranteed Student Loan Corporation<br>PO Box 83100<br>Round Rock, TX 78683-3100 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | ACI<br>300 Essjay Rd, Ste 150<br>Williamsville, NY 14221-8208 | AES-PHEAA<br>PO BOX 8183<br>HARRISBURG, PA 17105-8183 |
| Acs-panhandle Plains<br>501 Bleecker St<br>Utica, NY 13501-2401 | Aes-brazos-us Natl Bk<br>1200 N 7th St<br>Harrisburg, PA 17102-1419 | Angelo State University<br>ASU Station No. 11046<br>San Angelo, TX 76909-1046 |
| Arrow Financial Services<br>5996 W Touhy Ave<br>Niles, IL 60714-4610 | Brown & Shapiro, LLP<br>4620 Fairmont Parkway, Ste 108<br>Pasadena, TX 77504-3325 | Capitol Loans<br>4542 South 14th Street<br>Abilene, TX 79605-4737 |
| Central Finance<br>257 Fannin<br>Abilene, TX 79603-7118 | Citi<br>PO Box 6000<br>The Lakes, NV 89163-6000 | Cmre Financial Services Inc<br>3075 E Imperial Hwy<br>Suite 200<br>Brea, CA 92821-6753 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | ECMC<br>P.O. Box 75906<br>Saint Paul, MN 55175-0906 | ECMC<br>PO BOX 75906<br>ST. PAUL, MN 55175-0906 |
| EZ PAWN<br>3202 North First, Ste F<br>Abilene, TX 79603-7039 | Equidata<br>724 Thimble Shoals Blvd<br>Newport News, VA 23606-2574 | Family Practice Associates<br>CO West Central Texas Collection Bureau<br>PO Box 2586<br>Abilene, TX 79604-2586 |
| Financial Aid Department<br>Angelo State University<br>PO box 11015<br>San Angelo, TX 76909-0001 | First North American National Bank<br>PO Box 42364<br>Richmond, VA 23242-2364 | First Premier Bank<br>PO Box 5147<br>Sioux Falls, SD 57117-5147 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JC Christensen & Associates, Inc.<br>2221 Niagara Falls Blvd., STE 29<br>Niagara Falls, NY 14304-5709 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | (p)MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044-2308 |

Nelnet
PO Box 82525
Lincoln, NE 68501-2525

Panhandle-Plains
CO ACS
PO Box 22724
Long Beach, CA 90801-5724

Power Shack
3301 S. 14th Street
Abilene, TX 79605-5015

Providian
PO Box 9016
Pleasanton, CA 94566-9016

Radiology Associates
CO West Central Texas Collection Bureau
PO Box 2586
Abilene, TX 79604-2586

Service Bureau Inc
2705 81st St
Lubbock, TX 79423-2229

Taylor CAD
co Michael Reed
P.O. Box 1269
Round Rock, TX 78680-1269

Taylor Co. Central Appraisal District
1534 South Treadaway Blvd
Abilene, TX 79602-4927

Texas Guar Student Loa
Po Box 83100
Round Rock, TX 78683-3100

Washington Mutual
PO Box 3276
Milwaukee, WI 53201-3276

Wells Fargo Bank, N.A.
PO BOX 829009
Dallas, TX 75382-9009

West Central Tx Coll B
Po Box 2586
Abilene, TX 79604-2586

Williams & Fudge Inc
300 Chatham Ave Ste 201
Rock Hill, SC 29730-5395

Zales
PO Box 9025
Des Mointes, IA 50368

Guadalupe Sanchez
4701 North 7th
Abilene, TX 79603-6509

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601-5151

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover
PO Box 15192
Wilmington, DE 19850-5192

(d)Discover
PO Box 15192
Wilmington, DE 19850-5192

IRS Special Procedures
Mail Code 5020-DAL
1100 Commerce St, Room 9B8
Dallas, TX 75242

Michael Reed
McCreary Veselka, Bragg & Allen P.C.
PO Box 1269
Round Rock, TX 78680

NCO Financial
PO Box 41417
Dept. 99
Philadelphia, PA 19101

(d)NCO Financial
PO Box 41417
Dept. 99
Philadelphia, PA 19101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.

(d)ACI
300 Essjay Rd, Ste 150
Williamsville, NY 14221-8208

(d)Brown & Shapiro, LLP
4620 Fairmont Parkway, Ste 108
Pasadena, TX 77504-3325

(d)Central Finance
257 Fannin
Abilene, TX 79603-7118

(d)Citi
PO Box 6000
The Lakes, NV 89163-6000

(d)Financial Aid Department
Angelo State University
PO box 11015
San Angelo, TX 76909-0001

(d)First North American National Bank
PO Box 42364
Richmond, VA 23242-2364

(d)JC Christensen & Associates, Inc.
2221 Niagara Falls Blvd., STE 29
Niagara Falls, NY 14304-5709

(d)Power Shack
3301 S. 14th Street
Abilene, TX 79605-5015

(d)Providian
PO Box 9016
Pleasanton, CA 94566-9016

(u)Taylor CAD

(d)Washington Mutual
PO Box 3276
Milwaukee, WI 53201-3276

(d)Zales
PO Box 9025
Des Mointes, IA 50368

End of Label Matrix
Mailable recipients   46
Bypassed recipients   13
Total                 59